No. 10–8111. SUDA v. STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–8115. WORLEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8120. BELFAST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8122. RICHARD v. SHEWALTER, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 10–8123. STEVENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8125. COBB v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8126. FOY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8128. MIRELES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8129. UVINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8130. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8131. CROFF v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8132. CHRISTIE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8134. CHURCH v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8136. DIAZ ASPINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8142. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.